**Order entered July 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00311-CV

### BYRON CURTIS COOK, Appellant

### V.

### KEVIN KYSER AND CHRISTOPHER COWMAN, Appellees

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03417-2018**

## ORDER

Before the Court is appellant's June 27, 2019 motion for extension of time to file a reply

brief. We **GRANT** the motion and extend the time to **July 26, 2019**.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE